AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Kimba M. | U.S. District Court, SDNY | 9/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New York City Ballet, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012* | Rockefeller Brothers Fund - Committee Fees |
| 2. 2012* | Sonic Corp - various Board & Committee Fees |
| 3. 2012* | Vestar, Harding Services, Blackstone, Irving Place Capital, Morgan Stanley Smith Barney, Centerview - Fee Income |
| 4. 2012* | Morgan Stanley Pension Benefit |
| 5. *(various) | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit | P1 |
| 2. | American Express | Credit Card | J |
| 3. | Citi Aadvantage | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 2. CREST FUND LP (ROTH IRA) (SEE NOTE 1 IN SECTION VIII) | F | Distribution | | | Distributed | 11/30/12 | P1 | G | |
| 3. DREYFUS GOVERNMENT CASH SHARES | A | Interest | P1 | T | Open | 12/03/12 | P1 | | |
| 4. MORGAN STANLEY BANK/CASH | A | Interest | J | T | | | | | |
| 5. ABBOTT LABORATORIES COMMON STOCK | | None | | | Sold | 01/04/12 | J | A | |
| 6. ACCENTURE PLC IRELAND | A | Dividend | | | Buy | 01/10/12 | J | | |
| 7. | | | | | Sold | 05/11/12 | J | A | |
| 8. AMERICAN EXPRESS CO COMMON STOCK | A | Dividend | | | Sold | 08/17/12 | J | A | |
| 9. AMER INTL GP INC COMMON STOCK | | None | J | T | Buy | 05/07/12 | J | | |
| 10. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 11. APOLLO INVESTMENT CORP (SEE NOTE 1 IN SECT VIII) | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 12. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 13. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 14. APPLE INC COMMON STOCK | | None | | | Buy | 04/09/12 | J | | |
| 15. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 16. | | | | | Sold | 06/21/12 | J | | |
| 17. ASHFORD HOSPITALITY TR INC COMMON STOCK | A | Dividend | J | T | Buy | 05/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AVENUE INCOME CREDIT COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 03/09/12 | J | | |
| 19. BLACKROCK INC COMMON STOCK | | None | | | Sold | 01/11/12 | J | C | |
| 20. CHEVRON CORP COMMON STOCK | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 21. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 22. CME GROUP INC COMMON STOCK | A | Dividend | | | Sold | 01/10/12 | J | | |
| 23. | | | | | Buy | 02/02/12 | J | | |
| 24. | | | | | Sold | 08/02/12 | J | | |
| 25. COPANO ENERGY LLC (SEE NOTE 1 IN SECT VIII) | | None | J | T | Buy | 04/12/12 | J | | |
| 26. | | | | | Distributed (part) | 05/10/12 | J | | |
| 27. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 28. | | | | | Buy (add'l) | 05/24/12 | J | | |
| 29. | | | | | Distributed (part) | 08/09/12 | J | | |
| 30. | | | | | Distributed (part) | 11/08/12 | J | | |
| 31. CREXUS INVESTMENT CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. DANAHER CORP COMMON STOCK | A | Dividend | | | Buy | 04/12/12 | J | | |
| 33. | | | | | Sold | 08/17/12 | J | | |
| 34. DOUBLELINE TOTAL RETURN MUTUAL FUND | A | Dividend | | | Buy | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 36. | | | | | Sold | 11/15/12 | J | A | |
| 37. EMC CORP MASS COMMON STOCK | | None | J | T | Buy | 10/22/12 | J | | |
| 38. ENERGY SEL SECT SPDR FD COMMON STOCK | | None | | | Sold | 01/12/12 | J | | |
| 39. ENERGY TRANS EQUITY LP (SEE NOTE 1 IN SECT VIII) | | None | J | T | Buy | 03/28/12 | J | | |
| 40. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 41. | | | | | Distributed (part) | 05/18/12 | J | | |
| 42. | | | | | Distributed (part) | 08/17/12 | J | | |
| 43. | | | | | Distributed (part) | 11/16/12 | J | | |
| 44. ENSCO PLC COMMON STOCK | A | Dividend | J | T | Buy | 02/24/12 | J | | |
| 45. | | | | | Buy (add'l) | 03/08/12 | J | | |
| 46. | | | | | Sold | 03/28/12 | J | | |
| 47. | | | | | Buy | 05/29/12 | J | | |
| 48. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 49. EV ENERGY PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | None | J | T | Buy | 06/26/12 | J | | |
| 50. | | | | | Distributed (part) | 08/14/12 | J | | |
| 51. | | | | | Distributed (part) | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GOLAR LNG LTD COMMON STOCK | A | Dividend | | | Buy | 05/08/12 | J | | |
| 53. | | | | | Sold (part) | 12/24/12 | J | A | |
| 54. | | | | | Sold | 12/26/12 | J | A | |
| 55. HALLIBURTON CO COMMON STOCK | A | Dividend | | | Sold | 03/21/12 | J | A | |
| 56. INERGY LP (SEE NOTE 1 IN SECT VIII) | | None | J | T | Buy | 04/04/12 | J | | |
| 57. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 58. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 59. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 60. | | | | | Distributed (part) | 05/15/12 | J | | |
| 61. | | | | | Distributed (part) | 08/14/12 | J | | |
| 62. | | | | | Distributed (part) | 11/14/12 | J | | |
| 63. ISHARES S&P MID CAP 400 GROWTH COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. JPMORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 65. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 66. LENDER PROCESSING SERV COMMON STOCK | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 67. | | | | | Buy (add'l) | 03/08/12 | J | | |
| 68. MARKET VECTOR AGRIBUS ETF COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MARKET VECTORS BRAZL SM-CAP COMMON STOCK | | None | | | Sold (part) | 03/28/12 | J | A | |
| 70. | | | | | Sold | 05/17/12 | J | A | |
| 71. MARKWEST ENERGY PTNRS LP (SEE NOTE 1 IN SECT VIII) | | None | | | Buy | 03/29/12 | J | | |
| 72. | | | | | Distributed (part) | 05/15/12 | J | | |
| 73. | | | | | Sold | 07/16/12 | J | | |
| 74. MCDONALDS CORP COMMON STOCK | A | Dividend | J | T | Buy | 06/15/12 | J | | |
| 75. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 76. MDC PRTNRS INC COMMON STOCK | A | Dividend | J | T | Buy | 04/04/12 | J | | |
| 77. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 78. | | | | | Buy (add'l) | 04/09/12 | J | | |
| 79. | | | | | Buy (add'l) | 04/16/12 | J | | |
| 80. METLIFE INC COMMON STOCK | | None | | | Buy | 03/15/12 | J | | |
| 81. | | | | | Sold | 05/30/12 | J | | |
| 82. NFJ DIVIDEND INT & PRE STRGY COMMON STOCK | A | Dividend | | | Sold (part) | 02/22/12 | J | A | |
| 83. | | | | | Sold | 04/09/12 | J | | |
| 84. NORTHERN TIER ENERGY LP (SEE NOTE 1 IN SECT VIII) | A | Distribution | K | T | Buy | 08/10/12 | J | | |
| 85. | | | | | Buy (add'l) | 08/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 87. | | | | | Distributed (part) | 11/29/12 | J | | |
| 88. PEPSICO INC COMMON STOCK | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 89. PETROLOGISTICS LP (SEE NOTE 1 IN SECT VIII) | A | Distribution | J | T | Buy | 07/13/12 | J | | |
| 90. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 91. | | | | | Distributed (part) | 08/14/12 | J | | |
| 92. | | | | | Sold (part) | 10/10/12 | J | A | |
| 93. | | | | | Sold (part) | 10/15/12 | J | A | |
| 94. | | | | | Distributed (part) | 11/14/12 | J | | |
| 95. PROSPECT CAPITAL CORP COMMON STOCK | A | Dividend | | | Sold (part) | 02/21/12 | J | A | |
| 96. | | | | | Sold | 05/17/12 | J | A | |
| 97. QUALCOMM INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 98. SANDRIDGE ENERGY INC COMMON STOCK | | None | | | Buy (add'l) | 02/02/12 | J | | |
| 99. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 100. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 101. | | | | | Sold | 04/27/12 | J | A | |
| 102. SCHLUMBERGER LTD COMMON STOCK | A | Dividend | J | T | Buy | 01/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 104. SOLAR SENIOR CAPITAL LTD COMMON STOCK | A | Dividend | J | T | Buy | 02/07/12 | J | | |
| 105. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 106. | | | | | Buy (add'l) | 04/03/12 | J | | |
| 107. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 108. SPDR S&P BANK ETF COMMON STOCK | A | Distribution | J | T | | | | | |
| 109. SPDR S&P MIDCAP 400 ETF TRUST COMMON STOCK | A | Dividend | J | T | Buy | 05/29/12 | J | | |
| 110. SPIRIT REALTY CAPITAL INC COMMON STOCK | | None | J | T | Buy | 11/20/12 | J | | |
| 111. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 112. STARWOOD PROPERTY TRUST INC COMMON STOCK | A | Dividend | | | Sold (part) | 02/01/12 | J | | |
| 113. | | | | | Sold (part) | 03/06/12 | J | A | |
| 114. | | | | | Sold | 03/07/12 | J | A | |
| 115. SUBURBAN PROPANE PTNRS LP (SEE NOTE 1 IN SECT VIII) | | None | | | Spinoff (from line 56) | 09/14/12 | J | | |
| 116. | | | | | Sold (part) | 09/14/12 | J | A | |
| 117. | | | | | Sold | 09/19/12 | J | A | |
| 118. TEVA PHARMACEUTICALS COMMON STOCK | A | Dividend | | | Buy | 01/05/12 | J | | |
| 119. | | | | | Sold | 05/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TEXTAINER GROUP HOLDINGS LTD COMMON STOCK | | None | | | Sold (part) | 01/25/12 | J | A | |
| 121. | | | | | Sold | 02/03/12 | J | A | |
| 122. TRONOX LTD COMMON STOCK | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 123. | | | | | Sold (part) | 12/12/12 | J | | |
| 124. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 125. VANGUARD DIVIDEND APPRECIATION COMMON STOCK COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. VANGUARD INFO TECH ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 04/09/12 | J | | |
| 127. | | | | | Sold (part) | 10/22/12 | J | A | |
| 128. VANGUARD MSCI EMERGING MKTS COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/29/12 | J | | |
| 129. | | | | | Sold (part) | 05/07/12 | J | | |
| 130. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 131. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 132. WEATHERFORD INTL LTD COMMON STOCK | | None | | | Sold (part) | 03/08/12 | J | | |
| 133. | | | | | Sold | 03/28/12 | J | | |
| 134. WELLS FARGO & CO COMMON STOCK | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 135. WISDOMTREE TR EMG MKTS SMCAP COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/29/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. WISDOMTREE TRUST EMRG MKT EQT COMMON STOCK | A | Dividend | J | T | Buy | 10/16/12 | J | | |
| 137. BIF TAX-EXEMPT FUND/CASH | A | Dividend | K | T | | | | | |
| 138. ABBOTT LABORATORIES COMMON STOCK | E | Dividend | O | T | Sold (part) | 12/05/12 | L | E | |
| 139. ACCENTURE LTD COMMON STOCK | C | Dividend | M | T | | | | | |
| 140. AIR PRODUCTS COMMON STOCK | B | Dividend | | | Sold | 10/24/12 | K | | |
| 141. ALLEGHENY TECHNOLOGIES COMMON STOCK | B | Dividend | L | T | | | | | |
| 142. AMERICAN EXPRESS COMMON STOCK | B | Dividend | L | T | Sold (part) | 05/02/12 | K | D | |
| 143. AMERICA MOVIL COMMON STOCK | D | Dividend | N | T | Sold (part) | 03/22/12 | N | G | |
| 144. AMGEN COMMON STOCK | B | Dividend | M | T | | | | | |
| 145. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 146. FLY LEASING (FKA BABCOCK & BROWN) COMMON STOCK | C | Dividend | L | T | | | | | |
| 147. BERKSHIRE HATHAWAY COMMON STOCK | | None | N | T | | | | | |
| 148. BLACKROCK INC COMMON STOCK | E | Dividend | O | T | | | | | |
| 149. BOEING COMMON STOCK | B | Dividend | M | T | Buy | 03/20/12 | L | | |
| 150. | | | | | Buy (add'l) | 07/26/12 | L | | |
| 151. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 152. CABOT OIL & GAS COMMON STOCK | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. CARPENTER TECHNOLOGY COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 04/18/12 | L | | |
| 154. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 155. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 156. CHUBB COMMON STOCK | B | Dividend | L | T | | | | | |
| 157. CONOCOPHILLIPS COMMON STOCK | A | Dividend | | | Sold | 04/30/12 | L | E | |
| 158. CONSTELLATION BRANDS COMMON STOCK | | None | K | T | Sold (part) | 06/28/12 | K | D | |
| 159. | | | | | Sold (part) | 07/05/12 | L | E | |
| 160. | | | | | Buy (add'l) | 10/24/12 | K | | |
| 161. | | | | | Sold (part) | 11/16/12 | L | E | |
| 162. CORNING INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 163. COVANTA HLDG CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 164. DEVON ENERGY CORP COMMON STOCK | A | Dividend | | | Sold (part) | 06/07/12 | J | A | |
| 165. | | | | | Sold | 11/14/12 | L | | |
| 166. EOG RES INC COMMON STOCK | A | Dividend | L | T | Buy | 04/30/12 | L | | |
| 167. EQT CORP COMMON STOCK | A | Dividend | | | Sold | 04/23/12 | K | D | |
| 168. EVERCORE PARTNERS COMMON STOCK | A | Dividend | J | T | | | | | |
| 169. FEDERAL EXPRESS COMMON STOCK | A | Dividend | | | Sold | 06/25/12 | L | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. INTERNATIONAL BUSINESS MACHINE COMMON STOCK | D | Dividend | N | T | | | | | |
| 171. INTERNATIONAL PAPER CO COMMON STOCK | C | Dividend | M | T | | | | | |
| 172. JOHNSON & JOHNSON COMMON STOCK | E | Dividend | P1 | T | Buy (add'l) | 12/05/12 | L | | |
| 173. KRAFT FOODS GROUP COMMON STOCK | | None | K | T | Buy | 11/16/12 | K | | |
| 174. MARKET VECTORS GOLD MINER ETF COMMON STOCK | C | Dividend | N | T | | | | | |
| 175. MCDONALDS COMMON STOCK | B | Dividend | L | T | Sold (part) | 10/03/12 | J | B | |
| 176. | | | | | Sold | 10/24/12 | K | D | |
| 177. | | | | | Buy | 11/16/12 | L | | |
| 178. MICROSOFT COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 03/26/12 | K | | |
| 179. | | | | | Buy (add'l) | 05/07/12 | K | | |
| 180. OCCIDENTAL PETE CORP COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 12/05/12 | K | | |
| 181. ORACLE CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 182. PACKAGING CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 183. PEPSICO COMMON STOCK | E | Dividend | O | T | | | | | |
| 184. PFIZER INC COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 06/07/12 | J | | |
| 185. PIONEER NATURAL RESOURCES COMMON STOCK | A | Dividend | N | T | Sold (part) | 02/14/12 | K | E | |
| 186. | | | | | Sold (part) | 09/20/12 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. IRA HOLDINGS - ALL COMMON STOCKS/MLPS (LINES 188-286) | | | | | | | | | |
| 188. ACCENTURE PLC IRELAND | | None | | | Buy | 04/11/12 | J | | |
| 189. | | | | | Sold | 05/11/12 | J | | |
| 190. AMERICAN EXPRESS CO | A | Dividend | | | Sold | 08/17/12 | J | B | |
| 191. AMERICAN INTERNATIONAL GROUP | | None | K | T | Buy | 05/07/12 | J | | |
| 192. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 193. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 194. ANNALY CAPITAL MNGMT INC | A | Dividend | | | Sold | 05/30/12 | J | | |
| 195. APOLLO INVESTMENT CORP | B | Dividend | K | T | Buy (add'l) | 02/13/12 | J | | |
| 196. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 197. | | | | | Sold (part) | 05/30/12 | J | B | |
| 198. | | | | | Sold (part) | 07/13/12 | J | A | |
| 199. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 200. ASHFORD HOSPITALITY TR INC | A | Dividend | K | T | Buy | 02/22/12 | J | | |
| 201. | | | | | Buy (add'l) | 02/23/12 | J | | |
| 202. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 203. AVENUE INCOME CREDIT | B | Dividend | K | T | Sold (part) | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. CHEVRON CORP | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 205. CME GROUP | A | Dividend | | | Sold | 01/10/12 | J | | |
| 206. | | | | | Buy | 02/02/12 | J | | |
| 207. | | | | | Sold | 08/02/12 | J | | |
| 208. CREXUS INVESTMENT CORP | B | Dividend | J | T | Buy (add'l) | 03/21/12 | J | | |
| 209. DANAHER CORP | A | Dividend | J | T | | | | | |
| 210. DOUBLELINE TOTAL RETURN MUTUAL FUND | B | Dividend | J | T | Buy | 01/04/12 | J | | |
| 211. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 212. | | | | | Sold (part) | 11/15/12 | J | A | |
| 213. EATON VANCE TAX MGD DIV EQU FD | A | Dividend | J | T | Buy | 01/26/12 | J | | |
| 214. EMC CORP MASS | | None | J | T | Buy | 10/22/12 | J | | |
| 215. ENSCO PLC SPON ADR | A | Dividend | J | T | Buy | 02/24/12 | J | | |
| 216. | | | | | Sold | 03/28/12 | J | | |
| 217. | | | | | Buy | 05/24/12 | J | | |
| 218. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 219. GOLAR LNG LTD | A | Dividend | | | Buy | 05/09/12 | J | | |
| 220. | | | | | Sold (part) | 12/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. | | | | | Sold | 12/26/12 | J | A | |
| 222. HALLIBURTON CO | A | Dividend | | | Sold | 03/21/12 | J | A | |
| 223. ISHARES DJ US OIL & EXPLR | A | Dividend | J | T | Buy | 06/26/12 | J | | |
| 224. | | | | | Sold (part) | 08/17/12 | J | B | |
| 225. ISHARES MSCI GROWTH INDX FD | A | Dividend | J | T | Buy | 09/14/12 | J | | |
| 226. ISHARES S&P MID CAP 400 GROWTH | A | Dividend | K | T | Buy (add'l) | 09/14/12 | J | | |
| 227. JP MORGAN CHASE & CO | A | Dividend | J | T | Buy | 04/11/12 | J | | |
| 228. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 229. | | | | | Sold (part) | 08/17/12 | J | | |
| 230. LENDER PROCESSING SERV | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 231. | | | | | Sold (part) | 08/17/12 | J | B | |
| 232. MARKET VECTORS AGRIBUS ETF | A | Dividend | J | T | Buy | 03/29/12 | J | | |
| 233. MARKET VECTORS BRAZIL SM-CAP | | None | | | Sold | 05/17/12 | J | | |
| 234. MCDONALDS CORP | A | Dividend | J | T | Buy | 06/15/12 | J | | |
| 235. MDC PRTNRS INC | A | Dividend | J | T | Buy | 04/04/12 | J | | |
| 236. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 237. | | | | | Buy (add'l) | 04/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Buy (add'l) | 04/10/12 | J | | |
| 239. NFJ DIVIDEND INT & PRE STRGY | A | Dividend | | | Sold | 04/09/12 | K | | |
| 240. PHILIP MORRIS | A | Dividend | | | Sold (part) | 01/10/12 | J | D | |
| 241. | | | | | Sold | 02/22/12 | J | C | |
| 242. PROSPECT CAPITAL CORP | A | Dividend | | | Sold (part) | 02/17/12 | J | C | |
| 243. | | | | | Sold | 02/21/12 | J | B | |
| 244. QUALCOMM INC | A | Dividend | J | T | | | | | |
| 245. SANDRIDGE ENERGY INC | | None | | | Buy (add'l) | 02/02/12 | J | | |
| 246. | | | | | Sold | 04/27/12 | J | B | |
| 247. SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 248. SEADRILL LTD | A | Dividend | J | T | Buy | 04/11/12 | J | | |
| 249. SOLAR CAPITAL LTD | | None | | | Sold (part) | 01/25/12 | J | | |
| 250. | | | | | Sold | 02/03/12 | J | | |
| 251. SOLAR SENIOR CAPITAL LTD | A | Dividend | K | T | Buy | 01/25/12 | J | | |
| 252. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 253. | | | | | Buy (add'l) | 01/30/12 | J | | |
| 254. | | | | | Buy (add'l) | 01/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. | | | | | Buy (add'l) | 04/16/12 | J | | |
| 256. | | | | | Buy (add'l) | 04/19/12 | J | | |
| 257. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 258. SPDR S&P BANK ETF | A | Dividend | J | T | Sold (part) | 02/13/12 | J | | |
| 259. | | | | | Sold (part) | 10/22/12 | J | | |
| 260. SPDR S&P EMERGING ASIA PACIF | A | Dividend | J | T | Buy | 01/26/12 | J | | |
| 261. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 262. SPDR S&P INSURANCE ETF | | None | | | Sold | 02/02/12 | J | | |
| 263. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | J | T | Buy | 05/29/12 | J | | |
| 264. SPIRIT REALTY CAPITAL INC | | None | J | T | Buy | 09/25/12 | J | | |
| 265. STARWOOD PROPERTY TRUST INC | A | Dividend | | | Sold (part) | 01/10/12 | J | A | |
| 266. | | | | | Sold (part) | 03/06/12 | J | A | |
| 267. | | | | | Sold | 03/07/12 | J | A | |
| 268. TEVA PHARMACEUTICALS ADR | A | Dividend | | | Sold | 05/11/12 | J | | |
| 269. TRONOX LTD | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 270. | | | | | Sold (part) | 12/12/12 | J | | |
| 271. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. VANGUARD DIVIDEND APPRECIATION | A | Dividend | J | T | Sold (part) | 02/13/12 | K | B | |
| 273. VANGUARD INFO TECH ETF | A | Dividend | J | T | Buy (add'l) | 06/05/12 | J | | |
| 274. VANGUARD MSCI EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 03/28/12 | J | | |
| 275. | | | | | Sold (part) | 05/17/12 | J | | |
| 276. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 277. VANGUARD REIT ETF | | None | | | Sold | 02/13/12 | J | B | |
| 278. WAL MART STORES INC | A | Dividend | | | Buy (add'l) | 04/25/12 | J | | |
| 279. | | | | | Sold | 07/25/12 | J | C | |
| 280. WEATHERFORD INTL | | None | | | Buy | 01/10/12 | J | | |
| 281. | | | | | Sold (part) | 01/26/12 | J | A | |
| 282. | | | | | Sold | 03/28/12 | J | | |
| 283. WISDOMTREE TRUST EMRG MKT EQT | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 284. WISDOMTREE TR EMG MKTS SMCAP | A | Dividend | J | T | Sold (part) | 03/29/12 | J | | |
| 285. YUM BRANDS INC | A | Dividend | J | T | Sold (part) | 01/10/12 | J | B | |
| 286. | | | | | Sold (part) | 02/03/12 | J | A | |
| 287. ADDITIONAL COMMON STOCKS (NON-IRA) (LINES 288-301) | | | | | | | | | |
| 288. ROCKWELL COLLINS | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. SONIC CORP | | None | P2 | T | | | | | |
| 290. THE TRAVELERS COS | C | Dividend | M | T | | | | | |
| 291. UNILEVER | C | Dividend | L | T | | | | | |
| 292. UNITED PARCEL SERVICE | B | Dividend | | | Sold (part) | 06/26/12 | K | B | |
| 293. | | | | | Sold (part) | 07/23/12 | J | B | |
| 294. | | | | | Sold (part) | 11/13/12 | K | C | |
| 295. | | | | | Sold | 11/14/12 | J | A | |
| 296. UNUM GROUP | C | Dividend | M | T | Sold (part) | 10/24/12 | K | D | |
| 297. VIACOM | B | Dividend | L | T | | | | | |
| 298. WALGREEN | E | Dividend | O | T | | | | | |
| 299. WALMART STORES | E | Dividend | O | T | | | | | |
| 300. XEROX | A | Dividend | | | Sold (part) | 01/31/12 | K | C | |
| 301. | | | | | Sold | 04/18/12 | L | D | |
| 302. MLPS (LINES 303-357 EXCEPT 323) (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |
| 303. APOLLO INVESTMENT CORP | D | Dividend | M | T | Buy | 02/08/12 | M | | |
| 304. BUCKEYE PTNRS | | None | | | Buy (add'l) | 02/16/12 | K | | |
| 305. | | | | | Distributed (part) | 02/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Distributed (part) | 05/31/12 | J | | |
| 307. | | | | | Sold | 08/09/12 | L | | |
| 308. COPANO ENERGY LLC | None | | M | T | Buy | 05/22/12 | M | | |
| 309. | | | | | Distributed (part) | 08/09/12 | J | | |
| 310. | | | | | Distributed (part) | 11/08/12 | J | | |
| 311. | | | | | Buy (add'l) | 11/16/12 | K | | |
| 312. EAGLE ROCK ENERGY PTNRS | None | | | | Sold | 01/19/12 | M | G | |
| 313. ENERGY TRANS EQTY LP | None | | M | T | Distributed (part) | 02/17/12 | J | | |
| 314. | | | | | Buy (add'l) | 03/28/12 | M | | |
| 315. | | | | | Distributed (part) | 05/18/12 | J | | |
| 316. | | | | | Distributed (part) | 08/17/12 | J | | |
| 317. | | | | | Buy (add'l) | 11/16/12 | K | | |
| 318. | | | | | Distributed (part) | 11/16/12 | J | | |
| 319. ENTERPRISE GP/AKA ENTERPRISE PRODS LP | None | | M | T | Distributed (part) | 02/09/12 | J | | |
| 320. | | | | | Distributed (part) | 05/09/12 | J | | |
| 321. | | | | | Distributed (part) | 08/08/12 | J | | |
| 322. | | | | | Distributed (part) | 11/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. FACEBOOK INC COMMON STOCK | | None | J | T | Buy | 05/17/12 | J | | |
| 324. INERGY LP | | None | M | T | Buy | 04/19/12 | L | | |
| 325. | | | | | Distributed (part) | 05/15/12 | J | | |
| 326. | | | | | Buy (add'l) | 05/31/12 | K | | |
| 327. | | | | | Distributed (part) | 08/14/12 | J | | |
| 328. | | | | | Distributed (part) | 11/14/12 | J | | |
| 329. | | | | | Buy (add'l) | 12/13/12 | L | | |
| 330. MAGELLAN MIDSTREAM PARTNERS LP | A | Distribution | K | T | Distributed (part) | 02/14/12 | J | | |
| 331. | | | | | Distributed (part) | 05/15/12 | J | | |
| 332. | | | | | Distributed (part) | 08/14/12 | J | | |
| 333. | | | | | Distributed (part) | 11/14/12 | J | | |
| 334. MARKWEST ENERGY PARTNERS LP | | None | M | T | Distributed (part) | 02/14/12 | J | | |
| 335. | | | | | Distributed (part) | 05/15/12 | J | | |
| 336. | | | | | Distributed (part) | 08/14/12 | J | | |
| 337. | | | | | Distributed (part) | 11/14/12 | J | | |
| 338. | | | | | Buy (add'l) | 11/16/12 | L | | |
| 339. NISKA GAS STORAGE PTNRS | B | Distribution | L | T | Buy | 06/20/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 340. | | | | | Distributed (part) | 08/15/12 | J | | |
| 341. | | | | | Distributed (part) | 11/15/12 | J | | |
| 342. NORTHERN TIER ENERGY LP | D | Distribution | N | T | Buy | 08/09/12 | L | | |
| 343. | | | | | Buy (add'l) | 08/16/12 | M | | |
| 344. | | | | | Distributed (part) | 11/29/12 | K | | |
| 345. PETROLOGISTICS LP | B | Distribution | M | T | Buy | 07/13/12 | M | | |
| 346. | | | | | Distributed (part) | 08/14/12 | J | | |
| 347. | | | | | Buy (add'l) | 11/21/12 | M | | |
| 348. | | | | | Sold (part) | 10/15/12 | M | E | |
| 349. | | | | | Distributed (part) | 11/14/12 | J | | |
| 350. REGENCY ENERGY PTNRS LP | | None | | | Sold | 01/26/12 | M | D | |
| 351. SUBURBAN PROPANE PTNRS LP | | None | | | Spinoff (from line 324) | 09/14/12 | K | | |
| 352. | | | | | Sold (part) | 09/14/12 | J | | |
| 353. | | | | | Sold | 09/19/12 | K | D | |
| 354. WESTERN GAS PARTNERS | | None | K | T | Distributed (part) | 02/13/12 | J | | |
| 355. | | | | | Distributed (part) | 05/14/12 | J | | |
| 356. | | | | | Distributed (part) | 08/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Distributed (part) | 11/13/12 | J | | |
| 358. CASH/S/T INVESTS/MM ACCTS (LINES 359-373) | | | | | | | | | |
| 359. GOLDMAN SACHS FINANCIAL SQUARE MM/CASH | A | Interest | O | T | | | | | |
| 360. GOLDMAN SACHS BANK DEPOSIT/ CASH #2 | A | Interest | J | T | | | | | |
| 361. CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | J | T | | | | | |
| 362. CITIBANK INTEREST CHECKING ACCOUNT #1 | A | Interest | K | T | | | | | |
| 363. MORGAN STANLEY BANK/TRUST DEPOSITS #1 | A | Interest | M | T | | | | | |
| 364. CITIBANK CHECKING ACCOUNT | | None | K | T | | | | | |
| 365. CITIBANK ASSET ACCOUNT | | None | N | T | | | | | |
| 366. CITIBANK MONEY MARKET PLUS | D | Interest | P2 | T | | | | | |
| 367. CITIBANK INTEREST CHECKING ACCOUNT #2 | A | Interest | J | T | | | | | |
| 368. STATE STREET INST LIQUID RESERVES MM/CASH | A | Dividend | N | T | | | | | |
| 369. BARCLAYS CASH (SEE NOTE 8 IN SECT VIII) | A | Interest | J | T | | | | | |
| 370. UBS BANK USA DEPOSIT ACCOUNT (SEE NOTE 8 IN SECT VIII) | A | Interest | J | T | Open | 11/07/12 | N | | |
| 371. CGMI BANK DEPOSIT PROGRAM | A | Interest | P1 | T | | | | | |
| 372. MORGAN STANLEY BANK/TRUST DEPOSITS #2 | A | Interest | J | T | | | | | |
| 373. MORGAN STANLEY BANK/TRUST DEPOSITS #3 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. OCA WESLEY MORTGAGE REIT | E | Int./Div. | K | T | Redeemed (part) | 05/29/12 | O | | |
| 375. FDN BROKERAGE #1 (LINES 376-381) (NOTE 16 IN SECT VIII) | | | | | | | | | |
| 376. ABBOTT LABORATORIES COMMON STOCK (X) | | None | M | T | Sold (part) | 03/16/12 | K | A | |
| 377. AMERICA MOVIL COMMON STOCK (X) | | None | | | Sold | 06/18/12 | K | | |
| 378. WALMART COMMON STOCK (X) | A | Dividend | M | T | Sold (part) | 03/16/12 | L | | |
| 379. | | | | | Sold (part) | 05/04/12 | K | | |
| 380. | | | | | Sold (part) | 08/20/12 | K | A | |
| 381. | | | | | Sold (part) | 11/27/12 | M | | |
| 382. FDN BRKG ACCT #2 (LINES 383 -496) (SEE NOTE 16 SECT VIII) | | | | | | | | | |
| 383. MORGAN STANLEY BANK/TRUST #1 (CASH/MM) | A | Interest | J | T | | | | | |
| 384. MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | M | T | | | | | |
| 385. COMMON STOCKS AND FUNDS (LINES 386-486) | | | | | | | | | |
| 386. ACCENTURE PLC IRELAND | | None | | | Buy | 04/11/12 | K | | |
| 387. | | | | | Sold | 05/11/12 | K | | |
| 388. AMERICAN EXPRESS CO | A | Dividend | | | Sold | 08/17/12 | K | D | |
| 389. AMER INTL GP INC | | None | L | T | Buy | 05/07/12 | K | | |
| 390. | | | | | Buy (add'l) | 06/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. | | | | | Buy (add'l) | 09/10/12 | K | | |
| 392. | | | | | Buy (add'l) | 12/11/12 | K | | |
| 393. ANNALY CAPITAL MGMT INC | B | Dividend | | | Sold | 04/25/12 | K | | |
| 394. APOLLO INVESTMENT CORP | D | Dividend | L | T | Buy (add'l) | 02/13/12 | K | | |
| 395. | | | | | Buy (add'l) | 02/22/12 | K | | |
| 396. | | | | | Buy (add'l) | 04/11/12 | K | | |
| 397. | | | | | Sold (part) | 05/30/12 | K | C | |
| 398. | | | | | Sold (part) | 07/13/12 | K | C | |
| 399. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 400. ASHFORD HOSPITALITY TR INC | B | Dividend | L | T | Buy | 02/22/12 | K | | |
| 401. | | | | | Buy (add'l) | 02/23/12 | J | | |
| 402. | | | | | Buy (add'l) | 07/31/12 | K | | |
| 403. AVENUE INCOME CREDIT | D | Dividend | L | T | Sold (part) | 01/30/12 | J | | |
| 404. | | | | | Buy (add'l) | 03/09/12 | K | | |
| 405. | | | | | Sold (part) | 07/13/12 | K | | |
| 406. CHEVRON CORP | A | Dividend | K | T | Buy | 04/11/12 | K | | |
| 407. CME GROUP INC | B | Dividend | | | Sold | 01/10/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Buy | 02/02/12 | L | | |
| 409. | | | | | Sold | 08/02/12 | L | | |
| 410. CREXUS INVESTMENT CORP | D | Dividend | L | T | | | | | |
| 411. DANAHER CORP | A | Dividend | K | T | | | | | |
| 412. DOUBLELINE TOTAL RETURN | D | Dividend | K | T | Buy | 01/04/12 | L | | |
| 413. | | | | | Buy (add'l) | 02/17/12 | K | | |
| 414. | | | | | Sold (part) | 11/15/12 | K | B | |
| 415. EATON VANCE TAX MGD DIV EQU FUND | C | Dividend | K | T | Sold (part) | 03/28/12 | K | B | |
| 416. EMC CORP MASS | | None | K | T | Buy | 10/22/12 | K | | |
| 417. ENERGY SEL SECT SPDR FD | A | Dividend | K | T | | | | | |
| 418. ENSCO PLC SPON | B | Dividend | L | T | Buy | 02/24/12 | K | | |
| 419. | | | | | Buy (add'l) | 03/23/12 | K | | |
| 420. | | | | | Sold | 03/28/12 | K | | |
| 421. | | | | | Buy | 05/24/12 | K | | |
| 422. | | | | | Buy (add'l) | 05/31/12 | K | | |
| 423. GOLAR LNG INC | B | Dividend | | | Buy | 05/09/12 | K | | |
| 424. | | | | | Sold (part) | 12/24/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. | | | | | Sold | 12/26/12 | K | B | |
| 426. HALLIBURTON CO | A | Dividend | | | Sold | 03/21/12 | K | A | |
| 427. INTERNATIONAL BUSINESS MACHINES CORP | A | Dividend | | | Sold | 06/01/12 | L | E | |
| 428. ISHARES DJ US OIL & EXPLR | A | Dividend | K | T | Buy | 06/26/12 | L | | |
| 429. | | | | | Sold (part) | 08/17/12 | K | D | |
| 430. ISHARES MSCI GROWTH INDX FD | A | Dividend | K | T | Buy | 09/14/12 | K | | |
| 431. ISHARES S&P MID CAP 400 GROWTH | A | Dividend | L | T | Buy (add'l) | 09/14/12 | K | | |
| 432. ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | | | | | |
| 433. JP MORGAN CHASE | A | Dividend | K | T | Buy | 04/11/12 | K | | |
| 434. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 435. | | | | | Sold (part) | 08/17/12 | J | | |
| 436. LENDER PROCESSING SERV | B | Dividend | L | T | Buy | 02/03/12 | L | | |
| 437. | | | | | Sold (part) | 08/17/12 | K | D | |
| 438. MARKET VECTORS AGRIBUS ETF | B | Dividend | L | T | | | | | |
| 439. MARKET VECTORS BRAZIL SM-CAP | | None | | | Sold | 05/17/12 | K | | |
| 440. MCDONALDS CORP | A | Dividend | K | T | Buy | 06/15/12 | K | | |
| 441. MDC PRTNRS INC | C | Dividend | L | T | Buy | 04/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 443. | | | | | Buy (add'l) | 04/09/12 | K | | |
| 444. | | | | | Buy (add'l) | 04/10/12 | J | | |
| 445. NFJ DIVIDEND INT & PRE STRGY | B | Dividend | | | Sold | 04/09/12 | K | D | |
| 446. PROSPECT CAPITAL CORP | B | Dividend | | | Sold (part) | 02/17/12 | L | E | |
| 447. | | | | | Sold | 02/21/12 | K | D | |
| 448. QUALCOMM INC | A | Dividend | K | T | | | | | |
| 449. SANDRIDGE ENERGY INC | | None | | | Buy (add'l) | 02/02/12 | K | | |
| 450. | | | | | Sold | 04/27/12 | L | D | |
| 451. SCHLUMBERGER LTD | A | Dividend | K | T | | | | | |
| 452. SEADRILL LTD | C | Dividend | K | T | Buy (add'l) | 04/11/12 | J | | |
| 453. SOLAR CAPITAL LTD | | None | | | Sold (part) | 01/25/12 | K | B | |
| 454. | | | | | Sold | 02/03/12 | K | D | |
| 455. SOLAR SENIOR CAPITAL LTD | C | Dividend | L | T | Buy | 01/25/12 | J | | |
| 456. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 457. | | | | | Buy (add'l) | 01/30/12 | K | | |
| 458. | | | | | Buy (add'l) | 01/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 459. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 460. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 461. SPDR S&P BANK ETF | A | Dividend | | | Sold | 05/09/12 | K | | |
| 462. SPDR S&P EMERGING ASIA PACIFIC | A | Dividend | L | T | Buy (add'l) | 09/14/12 | K | | |
| 463. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | L | T | | | | | |
| 464. SPIRIT REALTY CAPITAL INC | | None | L | T | Buy | 09/25/12 | L | | |
| 465. STARWOOD PROPERTY TRUST INC | B | Dividend | | | Sold (part) | 02/03/12 | J | A | |
| 466. | | | | | Sold (part) | 03/06/12 | K | A | |
| 467. | | | | | Sold | 03/07/12 | K | B | |
| 468. TEVA PHARMACEUTICALS ADR | A | Dividend | | | Sold | 05/11/12 | K | | |
| 469. TEXTAINER GROUP HOLDINGS LTD | | None | | | Sold (part) | 02/02/12 | J | C | |
| 470. | | | | | Sold | 02/03/12 | K | C | |
| 471. TRONOX LTD | A | Dividend | K | T | Buy | 07/16/12 | L | | |
| 472. | | | | | Sold (part) | 12/12/12 | K | | |
| 473. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | Buy | 03/29/12 | K | | |
| 474. VANGUARD DIVIDEND APPRECIATION | B | Dividend | L | T | | | | | |
| 475. VANGUARD EMRG MKTS ETF | A | Dividend | L | T | Sold (part) | 03/28/12 | L | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. | | | | | Sold (part) | 05/17/12 | K | | |
| 477. | | | | | Buy (add'l) | 12/31/12 | K | | |
| 478. VANGUARD INFO TECH ETF | A | Dividend | L | T | Buy (add'l) | 06/05/12 | K | | |
| 479. VANGUARD REIT ETF | | None | | | Sold | 02/13/12 | K | D | |
| 480. WAL MART STORES INC | A | Dividend | | | Buy | 04/25/12 | K | | |
| 481. | | | | | Sold | 07/25/12 | L | D | |
| 482. WEATHERFORD INTL LTD | | None | | | Sold (part) | 01/26/12 | K | | |
| 483. | | | | | Sold | 03/28/12 | K | | |
| 484. WELLS FARGO & CO | A | Dividend | K | T | Buy (add'l) | 04/11/12 | J | | |
| 485. WISDOMTREE TRUST EMRG MKT EQT | B | Dividend | L | T | Sold (part) | 03/28/12 | K | B | |
| 486. YUM BRANDS INC | | None | | | Sold | 01/05/12 | L | D | |
| 487. OPTIONS (LINES 488-496) (SEE NOTE 3 IN SECTION VIII) | | | | | | | | | |
| 488. APOLLO CALL - OPENING | | None | | | Sold | 11/01/12 | J | | |
| 489. CHEVRON CALL - OPENING | | None | | | Sold | 11/30/12 | J | | |
| 490. JPMORGAN CHASE CALL - OPENING | | None | | | Sold | 11/30/12 | J | | |
| 491. LENDER PROCESSING CALL - OPENING | | None | | | Sold | 11/30/12 | J | | |
| 492. QUALCOM CALL - OPENING | | None | | | Sold | 11/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. SCHLUMBERGER CALL - OPENING | | None | | | Sold | 11/30/12 | J | | |
| 494. SEADRILL CALL - OPENING | | None | | | Sold | 12/21/12 | J | | |
| 495. UNITED TECHNOLOGIES CALL - OPENING | | None | | | Sold | 11/30/12 | J | | |
| 496. WELLS FARGO CALL - OPENING | | None | | | Sold | 11/30/12 | J | | |
| 497. NON-PUBLICS (SEE NOTES 5 & 7 IN SECT VIII) (LINES 498-658) | | | | | | | | | |
| 498. ARIZONA SNOWBOWL (SEE NOTE 1 IN SECT VIII) | | None | O | W | Distributed (part) | 04/13/12 | J | | |
| 499. | | | | | Buy (add'l) | 05/21/12 | M | | |
| 500. ELGIN CAPITAL (SEE NOTES 1 & 14 IN SECT VIII) | F | Distribution | P1 | W | Buy | 03/22/12 | P1 | | |
| 501. ENTERTAINMENT ACQUISITION (SEE NOTES 1 & 4 IN SECTION VIII) | A | Distribution | | | | | | | |
| 502. CENTERBRIDGE CREDIT PARTNERS (SEE NOTES 1&14 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 503. TAMPA BAY RAYS (SEE NOTES 1 & 14 IN SECT VIII) | | None | N | W | | | | | |
| 504. FRESH DIRECT | | None | O | W | | | | | |
| 505. OFFIT CAPITAL ADVISORS (SEE NOTES 1 & 14 IN SECTION VIII) | | None | N | W | | | | | |
| 506. UNIVERSAL HOSPITAL SERVICES HOLDING CO | | None | N | W | | | | | |
| 507. WHOLESOME FOODS | | None | O | W | Buy | 04/05/12 | O | | |
| 508. GOLUB CAPITAL PARTNERS (SEE NOTE 9 IN SECTION VIII) | G | Distribution | P1 | W | Buy (add'l) | 01/05/12 | N | | |
| 509. | | | | | Distributed (part) | 02/08/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. | | | | | Distributed (part) | 05/15/12 | L | | |
| 511. | | | | | Distributed (part) | 07/27/12 | K | | |
| 512. | | | | | Distributed (part) | 11/02/12 | L | | |
| 513. | | | | | Buy (add'l) | 12/10/12 | L | | |
| 514. GOLUB CAPITAL VIII (SEE NOTE 9 IN SECT VIII) | None | | N | W | Buy | 12/27/12 | N | | |
| 515. IRVING PLACE CAPITAL II (SEE NOTES 9 & 14 IN SECT VIII) | E | Distribution | M | W | Distributed (part) | 02/14/12 | J | D | |
| 516. | | | | | Distributed (part) | 04/17/12 | J | D | |
| 517. | | | | | Distributed (part) | 06/18/12 | J | D | |
| 518. | | | | | Distributed (part) | 11/02/12 | J | D | |
| 519. | | | | | Distributed (part) | 12/19/12 | L | F | |
| 520. IRVING PLACE CAPITAL III (SEE NOTES 9 & 14 IN SECT VIII) | E | Distribution | P1 | W | Distributed (part) | 04/04/12 | L | B | |
| 521. | | | | | Distributed (part) | 09/17/12 | K | | |
| 522. | | | | | Distributed (part) | 12/14/12 | J | | |
| 523. | | | | | Buy (add'l) | 12/14/12 | K | | |
| 524. BLACKSTONE REAL ESTATE PARTNERS (SEE NOTES 9&14 IN SECT VIII | G | Distribution | P2 | W | Buy (add'l) | 02/14/12 | K | | |
| 525. | | | | | Distributed (part) | 02/29/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. | | | | | Distributed (part) | 03/16/12 | K | | |
| 527. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 528. | | | | | Distributed (part) | 05/18/12 | M | E | |
| 529. | | | | | Buy (add'l) | 05/22/12 | K | | |
| 530. | | | | | Distributed (part) | 06/12/12 | K | | |
| 531. | | | | | Distributed (part) | 06/21/12 | J | B | |
| 532. | | | | | Buy (add'l) | 07/26/12 | M | | |
| 533. | | | | | Distributed (part) | 08/17/12 | L | | |
| 534. | | | | | Distributed (part) | 08/28/12 | K | | |
| 535. | | | | | Distributed (part) | 09/18/12 | K | | |
| 536. | | | | | Distributed (part) | 11/09/12 | M | F | |
| 537. | | | | | Distributed (part) | 11/29/12 | K | E | |
| 538. | | | | | Buy (add'l) | 12/07/12 | K | | |
| 539. | | | | | Distributed (part) | 12/20/12 | M | | |
| 540. CENTERVIEW CAPITAL (SEE NOTES 10 & 14 IN SECT VIII) | E | Distribution | | | Distributed (part) | 04/26/12 | K | | |
| 541. DEL MONTE (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 542. NIELSEN CO (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543. RICHELIEU FOODS, INC (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 544. DYNA VOX (SEE NOTE 15 IN SECT VIII) | | None | L | W | | | | | |
| 545. VESTAR CAPL III (SEE NOTES 10, 12 &14 IN SECT VIII) | G | Distribution | | | | | | | |
| 546. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTES 10&14 SECT VIII) | G | Distribution | | | | | | | |
| 547. VESTAR CAP/ASSOC V (SEE NOTE 10 IN SECT VIII) | B | Distribution | | | | | | | |
| 548. CONSOLIDATED CONTAINER (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 07/17/12 | P1 | F | Bain Capital |
| 549. | | | | | Distributed | 11/01/12 | K | E | |
| 550. ST JOHNS KNITS (SEE NOTES 12 & 15 IN SECT VIII) | | None | | | | | | | |
| 551. ARGO TECH (SEE NOTE 15 IN SECT VIII) | | None | K | W | | | | | |
| 552. AZ ELECTRONIC MATLS (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 03/30/12 | L | F | |
| 553. BORDER MEDIA (SEE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 554. CCS INCOME TRUST (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 555. CESARE FIORUCCI (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 01/20/12 | J | B | |
| 556. | | | | | Distributed | 05/11/12 | J | A | |
| 557. DEL MONTE (SEE NOTE 15 IN SECTION VIII) | | None | M | W | | | | | |
| 558. DUFF & PHELPS (SEE NOTE 15 IN SECT VIII) | D | Dividend | M | W | Sold (part) | 03/12/12 | M | G | |
| 559. | | | | | Sold (part) | 03/14/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 60

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/25/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 560. | | | | | Sold (part) | 09/20/12 | M | G | |
| 561. ESSENT HEALTHCARE (SEE NOTES 11 & 15 IN SECT VIII) | None | | | | Distributed (part) | 03/12/12 | K | E | |
| 562. | | | | | Distributed (part) | 03/14/12 | J | A | |
| 563. | | | | | Distributed (part) | 12/17/12 | K | E | |
| 564. | | | | | Distributed (part) | 12/21/12 | J | B | |
| 565. GLEASON CORP (SEE NOTE 15 IN SECT VIII) | None | M | W | | | | | | |
| 566. HEALTHGRADES (SEE NOTE 15 IN SECT VIII) | None | M | W | | | | | | |
| 567. INHEALTH (SE NOTE 15 IN SECT VIII) | None | J | W | | | | | | |
| 568. THE SUN PRODUCTS CORP (SEE NOTE 15 IN SECT VIII) | None | N | W | | | | | | |
| 569. MEDI-MEDIA (SEE NOTE 15 IN SECT VIII) | None | M | W | | | | | | |
| 570. NATIONAL MENTOR HLDNGS (SEE NOTE 15 IN SECT VIII) | None | L | W | | | | | | |
| 571. OGF GROUP (SEE NOTE 15 IN SECT VIII) | None | N | W | | | | | | |
| 572. PRESS GANEY (SEE NOTE 15 IN SECT VIII) | None | N | W | | | | | | |
| 573. RADIATION THERAPY (SEE NOTE 15 IN SECT VIII) | None | M | W | | | | | | |
| 574. SEVES SPA (SEE NOTE 15 IN SECT VIII) | None | J | W | | | | | | |
| 575. SOLO CUP CO (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 05/15/12 | P1 | | Dart Container Corp |
| 576. | | | | | Distributed | 05/16/12 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. SUNRISE MEDICAL (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 12/17/12 | O | G | Equistone Partners |
| 578. | | | | | Distributed | 12/21/12 | K | E | |
| 579. DEVILBISS (SEE NOTE 15 IN SECTION VIII) | | None | J | W | | | | | |
| 580. SYMETRA FINANCIAL (SEE NOTE 15 IN SECT VIII) | D | Dividend | N | W | | | | | |
| 581. TRITON CONTAINER INTL (SEE NOTE 15 IN SECTION VIII) | | None | N | W | | | | | |
| 582. WILTON RE HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | | | | | |
| 583. FLAG VENTURE PARTNERS (SEE NOTES 9, 12 &14 IN SECT VIII) | G | Distribution | | | Distributed (part) | 03/30/12 | L | F | |
| 584. | | | | | Distributed (part) | 05/11/12 | K | E | |
| 585. | | | | | Distributed (part) | 06/29/12 | L | F | |
| 586. | | | | | Distributed (part) | 07/17/12 | K | E | |
| 587. | | | | | Distributed (part) | 09/28/12 | L | F | |
| 588. | | | | | Distributed (part) | 12/27/12 | L | E | |
| 589. RAZOR'S EDGE FUND (SEE NOTE 9 IN SECT VIII) | A | Distribution | O | W | Buy (add'l) | 05/22/12 | M | | |
| 590. | | | | | Buy (add'l) | 11/26/12 | M | | |
| 591. RED ABBEY (SEE NOTE 9 IN SECT VIII) | F | Distribution | M | W | Distributed (part) | 04/11/12 | L | E | |
| 592. SENTINEL CAPITAL II (SEE NOTE 10 IN SECT VIII) | A | Distribution | | | | | | | |
| 593. SENTINEL CAPITAL III (SEE NOTE 10 IN SECT VIII) | G | Distribution | | | Distributed (part) | 01/13/12 | M | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 594. | | | | | Distributed (part) | 07/19/12 | J | C | |
| 595. SENTINEL CAPITAL IV (SEE NOTE 10 IN SECT VIII) | G | Distribution | | | Buy (add'l) | 01/02/12 | M | | |
| 596. | | | | | Buy (add'l) | 04/02/12 | L | | |
| 597. | | | | | Buy (add'l) | 07/02/12 | J | | |
| 598. CHASE DOOR HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | N | W | | | | | |
| 599. CHROMALOX (SEE NOTE 15 IN SECTION VIII) | | None | | | Distributed (part) | 10/25/12 | O | G | |
| 600. | | | | | Sold | 12/31/12 | O | G | Irving Place Capital |
| 601. COLSON GROUP HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | O | W | Buy | 05/29/12 | O | | |
| 602. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Distributed (part) | 01/02/12 | J | | |
| 603. | | | | | Buy (add'l) | 05/29/12 | L | | |
| 604. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | | None | O | W | Distributed (part) | 01/02/12 | K | | |
| 605. ENGINEERED CONTROLS (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | Distributed (part) | 10/25/12 | M | | |
| 606. | | | | | Distributed (part) | 11/01/12 | M | | |
| 607. HOSPICE ADVANTAGE (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 12/31/12 | N | | |
| 608. HUDDLE HOUSE (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 05/29/12 | M | | |
| 609. INSCAPE (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 02/17/12 | P1 | G | John Wiley & Sons, Inc. |
| 610. | | | | | Distributed | 12/13/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 611. INTERIM HEALTHCARE (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 11/01/12 | P1 | H1 | The Halifax Group |
| 612. LTI FLEXIBLE PRODUCTS (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 07/19/12 | P1 | H1 | Snow Phipps |
| 613. | | | | | Distributed | 12/13/12 | K | E | |
| 614. MASSAGE ENVY (SEE NOTE 15 IN SECT VIII) | None | | | | Distributed (part) | 01/02/12 | L | | |
| 615. | | | | | Distributed (part) | 04/02/12 | L | | |
| 616. | | | | | Sold | 09/28/12 | P1 | H1 | Roark Capital Group |
| 617. MIDWEST WHOLESALE HARDWARE (SEE NOTE 15 IN SECT VIII) | None | J | W | | | | | | |
| 618. NATIONAL SPINE AND PAIN CENTERS (SEE NOTE 15 IN SECT VIII) | None | N | W | | Distributed (part) | 01/02/12 | J | | |
| 619. | | | | | Distributed (part) | 04/02/12 | J | | |
| 620. | | | | | Buy (add'l) | 05/29/12 | L | | |
| 621. NORTH AMERICAN RESCUE (SEE NOTE 15 IN SECT VIII) | None | M | W | | Distributed (part) | 01/02/12 | K | | |
| 622. | | | | | Distributed (part) | 04/02/12 | J | | |
| 623. | | | | | Distributed (part) | 07/02/12 | J | | |
| 624. NORTHEAST DENTAL MANAGEMENT (SEE NOTE 15 IN SECT VIII) | None | N | W | | Buy | 05/29/12 | N | | |
| 625. PRECISION PIPELINE SOLUTIONS (SEE NOTE 15 IN SECT VIII) | None | M | W | | | | | | |
| 626. SOUTHERN CALIFORNIA PIZZA CO (SEE NOTE 15 IN SECT VIII) | None | | | | Distributed (part) | 04/30/12 | N | G | |
| 627. | | | | | Distributed (part) | 08/09/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 628. | | | | | Sold | 12/13/12 | P1 | H1 | Sterling Investment Prtnrs |
| 629. SPINRITE (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 630. TRINITY CONSULTANTS HOLDINGS (SEE NOTES 11&15 IN SECT VIII) | | None | | | Distributed | 12/13/12 | K | E | |
| 631. TRUSSBILT HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 632. VINTAGE HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | | | | | |
| 633. WELLSPRING PHARMACEUTICALS (SEE NOTE 15 IN SECTION VIII) | | None | M | W | Distributed (part) | 01/02/12 | J | | |
| 634. | | | | | Distributed (part) | 04/02/12 | J | | |
| 635. | | | | | Distributed (part) | 07/02/12 | J | | |
| 636. | | | | | Distributed (part) | 10/25/12 | J | | |
| 637. SCIENS CAPITAL (AKA ZILKHA) (SEE NOTE 9 IN SECT VIII) | | None | L | W | | | | | |
| 638. NORTHERN HELLENIC HOLDINGS (SEE NOTES 6,9&14 IN SECT VIII) | | None | K | V | | | | | |
| 639. PARK AVENUE PARTNERS (SEE NOTES 9, 12 &14 IN SECT VIII) | G | Distribution | | | Distributed (part) | 12/19/12 | N | G | |
| 640. QUINTANA ENERGY PARTNERS (SEE NOTES 9&14 IN SECT VIII) | G | Distribution | O | W | Distributed (part) | 03/12/12 | M | | |
| 641. | | | | | Buy (add'l) | 03/12/12 | K | | |
| 642. | | | | | Distributed (part) | 05/31/12 | M | | |
| 643. | | | | | Distributed (part) | 09/25/12 | K | | |
| 644. | | | | | Buy (add'l) | 09/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 645. NB CO-INVESTMENT PARTNERS (SEE NOTES 9&14 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 02/17/12 | K | | |
| 646. | | | | | Distributed (part) | 03/22/12 | K | B | |
| 647. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 648. | | | | | Distributed (part) | 05/24/12 | L | E | |
| 649. | | | | | Buy (add'l) | 08/23/12 | J | | |
| 650. | | | | | Distributed (part) | 09/06/12 | K | E | |
| 651. | | | | | Distributed (part) | 10/17/12 | L | F | |
| 652. | | | | | Distributed (part) | 11/27/12 | M | A | |
| 653. | | | | | Distributed (part) | 11/28/12 | K | | |
| 654. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 655. | | | | | Distributed (part) | 12/14/12 | J | B | |
| 656. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 657. TINICUM LP (SEE NOTES 9 & 14 IN SECT VIII) | | None | O | W | Buy | 04/13/12 | N | | |
| 658. | | | | | Buy (add'l) | 12/17/12 | N | | |
| 659. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 660-694) | | | | | | | | | |
| 660. CHESAPEAKE PARTNERS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 661. FARALLON CAPITAL (SEE NOTES 1, 7, 12 & 14 IN SECT VIII) | G | Distribution | | | Redeemed (part) | 03/09/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 662. | | | | | Redeemed (part) | 05/22/12 | M | F | |
| 663. | | | | | Redeemed (part) | 08/16/12 | J | C | |
| 664. | | | | | Redeemed (part) | 11/08/12 | L | E | |
| 665. GOLD BULLION | | None | N | T | Buy | 11/15/12 | N | | |
| 666. AXIOM INTERNATIONAL INVESTORS (SEE NOTE 1 IN SECT VIII) | | None | | | Redeemed (part) | 01/03/12 | P1 | | |
| 667. | | | | | Redeemed | 01/20/12 | M | | |
| 668. THE BLENHEIM FUND (SEE NOTE 1 IN SECT VIII) | | None | P1 | U | | | | | |
| 669. BREVAN HOWARD (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | Distributed (part) | 01/17/12 | L | | |
| 670. PAULSON ADVANTAGE (SEE NOTE 1 IN SECT VIII) | E | Distribution | | | Redeemed | 10/25/12 | P1 | | |
| 671. SABRETOOTH ONSHORE FUND (SEE NOTE 1 IN SECT VIII) | | None | | | Redeemed (part) | 05/18/12 | N | | |
| 672. | | | | | Redeemed (part) | 07/18/12 | J | | |
| 673. | | | | | Redeemed | 07/31/12 | J | | |
| 674. F. E. RICHARDSON & CO (SEE NOTES 1&13 IN SECT VIII) | | None | L | V | Buy (add'l) | 01/27/12 | K | | |
| 675. | | | | | Buy (add'l) | 02/03/12 | L | | |
| 676. | | | | | Buy (add'l) | 03/02/12 | K | | |
| 677. | | | | | Buy (add'l) | 03/09/12 | K | | |
| 678. | | | | | Buy (add'l) | 04/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 679. | | | | | Buy (add'l) | 05/04/12 | K | | |
| 680. | | | | | Buy (add'l) | 05/11/12 | K | | |
| 681. | | | | | Buy (add'l) | 05/24/12 | L | | |
| 682. | | | | | Buy (add'l) | 06/08/12 | M | | |
| 683. | | | | | Buy (add'l) | 07/05/12 | K | | |
| 684. | | | | | Buy (add'l) | 08/30/12 | K | | |
| 685. | | | | | Buy (add'l) | 09/28/12 | K | | |
| 686. | | | | | Buy (add'l) | 10/26/12 | K | | |
| 687. | | | | | Buy (add'l) | 11/15/12 | K | | |
| 688. | | | | | Buy (add'l) | 12/21/12 | K | | |
| 689. OP40 INC (SEE NOTE 5 IN SECT VIII) | | None | L | W | | | | | |
| 690. OSCAR S SCHAFER PARTNERS (SEE NOTES 1 & 12 IN SECT VIII) | | None | | | | | | | |
| 691. CCA ABSOLUTE RETURN MUNI FUND (SEE NOTE 1 IN SECT VIII) | E | Distribution | P1 | U | | | | | |
| 692. QFR VICTORIA FUND (SEE NOTE 1 IN SECTION VIII) | F | Distribution | P1 | U | | | | | |
| 693. HAWK GROUP (SEE NOTE 5 IN SECT VIII) | | None | N | W | | | | | |
| 694. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | | | | | |
| 695. TRUST #1 (LINES 696-712) | D | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 696. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | | | | | | | | | |
| 697. ---ABBOTT LABORATORIES COMMON STOCK | | | | | | | | | |
| 698. ---AMERICA MOVIL COMMON STOCK | | | | | | | | | |
| 699. ---ANADARKO PETROLEUM CORP COMMON STOCK | | | | | Buy | 05/03/12 | J | | |
| 700. ---BLACKROCK INC COMMON STOCK | | | | | | | | | |
| 701. ---BOEING COMPANY COMMON STOCK | | | | | Buy | 06/22/12 | J | | |
| 702. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 703. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 704. ---KRAFT FOODS GROUP, INC COMMON STOCK | | | | | Spinoff (from line 706) | 10/02/12 | J | | |
| 705. | | | | | Sold (part) | 10/02/12 | J | A | |
| 706. ---MONDELEZ INTL (FKA KRAFT FOODS INC) COMMON STOCK | | | | | Buy (add'l) | 06/06/12 | J | | |
| 707. ---MICROSOFT CORP COMMON STOCK | | | | | Buy | 05/03/12 | J | | |
| 708. ---POWSERSHARES DB COMMODITY INDEX TRACKING FUND | | | | | Buy | 05/03/12 | J | | |
| 709. ---SONIC CORP COMMON STOCK | | | | | | | | | |
| 710. ---VANGUARD FTSE ALL-WORLD EX-US INDEX FUND | | | | | Buy | 05/03/12 | J | | |
| 711. ---VANGUARD SHORT TERM CMN SERIES | | | | | Buy | 05/03/12 | M | | |
| 712. ---WALGREEN CO COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 713.  TRUST #1A (LINES 714-766) | B | Int./Div. | N | T | | | | | |
| 714.  ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4A | | | | | | | | | |
| 715.  ---BUCKEYE PARTNERS (SEE NOTE 1 IN SECT VIII) | | | | | Sold (part) | 02/15/12 | J | | |
| 716. | | | | | Sold (part) | 02/16/12 | J | | |
| 717. | | | | | Sold (part) | 02/21/12 | J | | |
| 718. | | | | | Sold (part) | 02/22/12 | J | | |
| 719. | | | | | Sold (part) | 02/23/12 | J | | |
| 720. | | | | | Sold (part) | 02/24/12 | J | | |
| 721. | | | | | Sold (part) | 02/27/12 | J | | |
| 722. | | | | | Distributed (part) | 02/29/12 | J | | |
| 723. | | | | | Sold | 03/01/12 | J | | |
| 724.  ---ACCESS MIDSTREAM (FKA CHESAPEAKE MIDSTREAM)(SEE 1 SECT 8) | | | | | Distributed (part) | 02/14/12 | J | | |
| 725. | | | | | Distributed (part) | 05/15/12 | J | | |
| 726. | | | | | Distributed (part) | 08/14/12 | J | | |
| 727. | | | | | Distributed (part) | 11/14/12 | J | | |
| 728.  ---EL PASO PIPELINE PARTNERS (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 02/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 729. | | | | | Distributed (part) | 05/15/12 | J | | |
| 730. | | | | | Distributed (part) | 08/14/12 | J | | |
| 731. | | | | | Distributed (part) | 11/14/12 | J | | |
| 732.  ---ENERGY TRANSFER EQUITY LP (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 02/17/12 | J | | |
| 733. | | | | | Distributed (part) | 05/18/12 | J | | |
| 734. | | | | | Distributed (part) | 08/17/12 | J | | |
| 735. | | | | | Distributed (part) | 11/16/12 | J | | |
| 736.  ---ENTERPRISE PRODUCTS PART LP (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 02/09/12 | J | | |
| 737. | | | | | Distributed (part) | 05/09/12 | J | | |
| 738. | | | | | Distributed (part) | 08/08/12 | J | | |
| 739. | | | | | Distributed (part) | 11/08/12 | J | | |
| 740.  ---GENESIS ENERGY, LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 10/02/12 | J | | |
| 741. | | | | | Distributed (part) | 11/14/12 | J | | |
| 742.  ---MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 02/14/12 | J | | |
| 743. | | | | | Distributed (part) | 05/15/12 | J | | |
| 744. | | | | | Distributed (part) | 08/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 745. | | | | | Sold (part) | 10/17/12 | J | A | |
| 746. | | | | | Sold (part) | 10/18/12 | J | A | |
| 747. | | | | | Distributed (part) | 11/14/12 | J | | |
| 748. ---MARKWEST ENERGY PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 02/14/12 | J | | |
| 749. | | | | | Distributed (part) | 05/15/12 | J | | |
| 750. | | | | | Distributed (part) | 08/14/12 | J | | |
| 751. | | | | | Distributed (part) | 11/14/12 | J | | |
| 752. ---ONEOK PARTNERS, LP (SEE NOTE 1 IN SECTION VIII) | | | | | Buy | 02/28/12 | K | | |
| 753. | | | | | Distributed (part) | 05/15/12 | J | | |
| 754. | | | | | Distributed (part) | 08/15/12 | J | | |
| 755. | | | | | Distributed (part) | 11/14/12 | J | | |
| 756. ---PLAINS ALL AMERICAN PIPELINE LP (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 02/14/12 | J | | |
| 757. | | | | | Distributed (part) | 05/15/12 | J | | |
| 758. | | | | | Distributed (part) | 08/14/12 | J | | |
| 759. | | | | | Distributed (part) | 11/14/12 | J | | |
| 760. ---TEEKAY OFFSHORE PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |
| 761. ---THE WILLIAMS COMPANIES, INC (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 12/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 762. ---WILLIAMS PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 02/10/12 | J | | |
| 763. | | | | | Buy (add'l) | 04/04/12 | J | | |
| 764. | | | | | Distributed (part) | 05/11/12 | J | | |
| 765. | | | | | Distributed (part) | 08/10/12 | J | | |
| 766. | | | | | Distributed (part) | 11/09/12 | J | | |
| 767. TRUST #1B (LINES 768-772) (SEE NOTE 5 IN SECT VIII) | None | | P1 | W | | | | | |
| 768. ---CITI TRUST CHECKING ACCOUNT | | | | | Open | 11/30/12 | J | | |
| 769. ---OSCAR SCHAFER (X) | | | | | | | | | |
| 770. ---FLAG VENTURE CAPITAL (X) | | | | | | | | | |
| 771. ---FARALLON CAPITAL (X) | | | | | | | | | |
| 772. ---VESTAR III (X) | | | | | | | | | |
| 773. TRUST #2 (LINES 774-785) | D | Int./Div. | M | T | | | | | |
| 774. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 775. ---PRUDENTIAL JENNISON 20/20 FOCUS FUND (MUTUAL FUND) | | | | | | | | | |
| 776. ---BLACKROCK EQUITY DIVIDEND INST CLASS FUND | | | | | | | | | |
| 777. ---CALAMOS GROWTH FUND | | | | | | | | | |
| 778. ---EAGLE SMALL CAP GROWTH FUND | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 779. ---ISHARES BARCLAYS TR US TIP ETF | | | | | | | | | |
| 780. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |
| 781. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |
| 782. ---ISHARES S&P NATIONAL MUNI BOND FUND | | | | | | | | | |
| 783. ---IVY GLOBAL NATURAL RESOURCES FD | | | | | | | | | |
| 784. ---T ROWE PRICE INTL FD INC INTL BOND FUND | | | | | | | | | |
| 785. ---SPDR BARCLAYS CAP HIGH YIELD BOND ETF | | | | | | | | | |
| 786. TRUST #3 (LINES 787-870) | D | Int./Div. | N | T | | | | | |
| 787. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 788. ---EATON CORP (FKA COOPER INDUSTRIES) COMMON STOCK | | | | | Sold (part) | 12/03/12 | J | | |
| 789. | | | | | Sold (part) | 12/06/12 | J | | |
| 790. ---COVIDIEN PLC COMMON STOCK | | | | | | | | | |
| 791. ---NOBLE CORP COMMON STOCK | | | | | | | | | |
| 792. ---AT&T INC COMMON STOCK | | | | | | | | | |
| 793. ---ALLERGAN INC COMMON STOCK | | | | | | | | | |
| 794. ---AMERICAN ELECTRIC POWER INC COMMON STOCK | | | | | | | | | |
| 795. ---AMERICAN EXPRESS CO COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 796. ---AMERICAN TOWER CORP COMMON STOCK | | | | | | | | | |
| 797. ---AMERISOURCEBERGEN CORP COMMON STOCK | | | | | | | | | |
| 798. ---AMERIPRISE FINANCIAL INC COMMON STOCK | | | | | | | | | |
| 799. ---AMGEN INC COMMON STOCK | | | | | | | | | |
| 800. ---APACHE CORP COMMON STOCK | | | | | | | | | |
| 801. ---APPLE INC COMMON STOCK | | | | | | | | | |
| 802. ---BARON SMALL CAP MUTUAL FUND | | | | | | | | | |
| 803. ---BAXTER INTERNATIONAL INC COMMON STOCK | | | | | | | | | |
| 804. ---BROADCOM CORP COMMON STOCK | | | | | | | | | |
| 805. ---CAPITAL ONE FINANCIAL CORP COMMON STOCK | | | | | | | | | |
| 806. ---CELANESE CORP COMMON STOCK | | | | | | | | | |
| 807. ---CHUBB CORP COMMON STOCK | | | | | | | | | |
| 808. ---CISCO SYSTEMS INC COMMON STOCK | | | | | | | | | |
| 809. ---COACH INC COMMON STOCK | | | | | | | | | |
| 810. ---CUMMINS INC COMMON STOCK | | | | | | | | | |
| 811. ---DOLBY LABORATORIES INC COMMON STOCK | | | | | | | | | |
| 812. ---DOLLAR TREE INC COMMON STOCK | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 813. ---EMC CORP COMMON STOCK | | | | | | | | | |
| 814. ---EAGLE SMALL CAP GROWTH MUTUAL FUND | | | | | | | | | |
| 815. ---EBAY INC COMMON STOCK | | | | | | | | | |
| 816. ---EXXON MOBIL CORP COMMON STOCK | | | | | | | | | |
| 817. ---FEDEX CORPORATION COMMON STOCK | | | | | | | | | |
| 818. ---FORD MOTOR COMPANY COMMON STOCK | | | | | | | | | |
| 819. ---FRANKLIN RESOURCES INC COMMON STOCK | | | | | | | | | |
| 820. ---FREEPORT MCMORAN COPPER & GOLD INC COMMON STK | | | | | | | | | |
| 821. ---GENERAL ELECTRIC CO COMMON STOCK | | | | | | | | | |
| 822. ---GENERAL MILLS INC COMMON STOCK | | | | | | | | | |
| 823. ---GOLDMAN SACHS GROUP INC COMMON STOCK | | | | | | | | | |
| 824. ---GOOGLE INC COMMON STOCK | | | | | | | | | |
| 825. ---GRAINGER WW INC COMMON STOCK | | | | | | | | | |
| 826. ---HARBOR INTERNATIONAL MUTUAL FUND | | | | | | | | | |
| 827. ---ILLINOIS TOOL WORKS INC COMMON STOCK | | | | | | | | | |
| 828. ---INTEL CORP COMMON STOCK | | | | | | | | | |
| 829. ---IBM CORP COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

Wood, Kimba M.

9/25/2013

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 830. ---ISHARES BARCLAYS TR US TIP ETF | | | | | | | | | |
| 831. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |
| 832. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |
| 833. ---ISHARES TR S&P MIDCAP 400 INDEX FD ETF | | | | | | | | | |
| 834. ---ISHARES S&P NATIONAL AMT-FREE MUNI BOND FUND | | | | | | | | | |
| 835. ---IVY GLBL NATURAL RESOURCES MUTUAL FUND | | | | | | | | | |
| 836. ---JP MORGAN CHASE & CO COMMON STOCK | | | | | | | | | |
| 837. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 838. ---JOHNSON CONTROLS INC COMMON STOCK | | | | | | | | | |
| 839. ---KOHLS CORP COMMON STOCK | | | | | | | | | |
| 840. ---LAUDER ESTEE COS INC COMMON STOCK | | | | | | | | | |
| 841. ---EXPRESS SCRIPTS (FKA MEDCO HEALTH SOLTNS INC COMMON STOCK | | | | | Sold (part) | 04/09/12 | J | | |
| 842. ---MERCK & CO INC COMMON STOCK | | | | | | | | | |
| 843. ---METLIFE INC COMMON STOCK | | | | | | | | | |
| 844. ---MICROSOFT CORP COMMON STOCK | | | | | | | | | |
| 845. ---NEWS CORP COMMON STOCK | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Wood, Kimba M.

9/25/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 846. ---OCCIDENTAL PETROLEUM CORP COMMON STOCK | | | | | | | | | |
| 847. ---ORACLE CORP COMMON STOCK | | | | | | | | | |
| 848. ---PEPSICO INC COMMON STOCK | | | | | | | | | |
| 849. ---PFIZER INC COMMON STOCK | | | | | | | | | |
| 850. ---PRICE T ROWE GROUP INC COMMON STOCK | | | | | | | | | |
| 851. ---PROCTER & GAMBLE CO COMMON STOCK | | | | | | | | | |
| 852. ---ROCKWELL AUTOMATION INC COMMON STOCK | | | | | | | | | |
| 853. ---ROSS STORES INC COMMON STOCK | | | | | | | | | |
| 854. ---T ROWE PRICE INTL FD INC MUTUAL FUND | | | | | | | | | |
| 855. ---SPDR BARCLAYS CAP HIGH YIELD BD ETF | | | | | | | | | |
| 856. ---SCHLUMBERGER LTD COMMON STOCK | | | | | | | | | |
| 857. ---SCRIPPS NETWORKS INTERAC COMMON STOCK | | | | | | | | | |
| 858. ---JM SMUCKER CO COMMON STOCK | | | | | | | | | |
| 859. ---TALISMAN ENERGY INC COMMON STOCK | | | | | | | | | |
| 860. ---3M COMPANY COMMON STOCK | | | | | | | | | |
| 861. ---US BANCORP DEL COMMON STOCK | | | | | | | | | |
| 862. ---UNITED TECHNOLOGIES CORP COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 55 of 60

Wood, Kimba M.

9/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 863.   ---UNITEDHEALTH GROUP INC COMMON STOCK | | | | | | | | | |
| 864.   ---VIACOM INC COMMON STOCK | | | | | | | | | |
| 865.   ---WAL-MART STORES INC COMMON STOCK | | | | | | | | | |
| 866.   ---WELLS FARGO & CO COMMON STOCK | | | | | | | | | |
| 867.   ---WILLIAMS COMPANIES INC COMMON STOCK | | | | | | | | | |
| 868.   ---WISCONSIN ENERGY CORP COMMON STOCK | | | | | | | | | |
| 869.   ---WPX ENERGY INC COMMON STOCK | | | | | Spinoff (from line 867) | 01/03/12 | J | | |
| 870. | | | | | Sold (part) | 01/06/12 | J | A | |
| 871.   RENTAL PROPERTY - NEW YORK, NY | B | Rent | | | Sold | 12/14/12 | O | | |
| 872.   TRUST #4 (SEE NOTES 2 & 5 IN SECTION VIII) | A | Dividend | N | T | | | | | |
| 873.   --VANGUARD PRIME MONEY MARKET FUND ACCOUNT #1 | | | | | Open | 11/21/12 | J | | |
| 874.   ---PARK AVENUE EQUITY LP (X) | | | | | | | | | |
| 875.   ---SONIC CORP COMMON STOCK (X) | | | | | | | | | |
| 876.   TRUST #5 (SEE NOTES 2 & 5 IN SECTION VIII) | A | Dividend | O | T | | | | | |
| 877.   ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #2 | | | | | Open | 11/21/12 | J | | |
| 878.   ---PARK AVENUE EQUITY LP (X) | | | | | | | | | |
| 879.   ---SONIC CORP COMMON STOCK (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 880.　TRUST #6 (SEE NOTES 2 & 5 IN SECTION VIII) | A | Dividend | O | T | | | | | |
| 881.　---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #3 | | | | | Open | 11/21/12 | J | | |
| 882.　---PARK AVENUE EQUITY LP (X) | | | | | | | | | |
| 883.　---SONIC CORP COMMON STOCK (X) | | | | | | | | | |
| 884. | | | | | | | | | |
| 885. | | | | | | | | | |
| 886. | | | | | | | | | |
| 887. | | | | | | | | | |
| 888. | | | | | | | | | |
| 889. | | | | | | | | | |
| 890. | | | | | | | | | |
| 891. | | | | | | | | | |
| 892. | | | | | | | | | |
| 893. | | | | | | | | | |
| 894. | | | | | | | | | |
| 895. | | | | | | | | | |
| 896. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wood, Kimba M.

5/25/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 897. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

| Wood, Kimba M. | 9/25/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

NOTE 1:
If a 2012 K-1 is issued for this S corporation, limited partnership or traded MLP and there is an investment remaining at year-end, all activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2).

If the S corporation or limited partnership interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclsoure Examiner.

NOTE 2:
_____ the Investment Trustee of this Trust. Therefore, its assets are deemed reportable.

NOTE 3:
For the options, all contracts were opened (sold short) in 2012. Any related gain that occurs will be included on the 2013 FDR when the options either expire or require action. There is no year end value reported because the contracts had no value at the end of 2012.

NOTE 4:
This asset had no value on the books as of the end of the year. Therefore, there is no value code reported in Column C.(1). However, there was reportable income sourced from this investment, via either a K-1 or other document, that was over the threshold level. Therefore, the asset is reportable.

NOTE 5:
There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

NOTE 6:
Either the Ending Capital Account value from the entity's 2012 K-1, or an estimate of the same, was used to determine the year-end value code for Column C.(1).

NOTE 7:
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "None." If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and "Distribution" is noted in Column B.(2).

NOTE 8:
Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with a reportable investment that is listed separately on this report, the account is deemed reportable.

NOTE 9:
There is a limited partnership interest in this entity. Since neither the filer nor her spouse can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," Financial Disclosure Filing Instructions, Page 35, the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, either "Buy" or "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership either returned capital or sold one of its investments and returned funds to the reporting family, "Distributed (part)" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "none" was included in Column B.(2).

NOTE 10:
There are several Vestar and Sentinel Partnerships and a Centerview Capital Partnership. The portfolio companies that the Partnerships own are all listed separately on this report because the _____ could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," (per Financial Dislcosure Filing Instructions).

In Vestar and Sentinel, there are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report.

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately.

NOTE 11:
This portfolio company was sold in the prior year. So, although the reporting family received distributions (e.g. escrow) in the current year, there is no year-end value to report.

NOTE 12:
These interests were gifted on 12/31/2012 to _____ trusts. Therefore, there is no year-end value to report and there is no corresponding transaction listed in Column D. Activity that occurred prior to year-end is included. Per Amy, Financial Disclosure Office, on April 23, 2013, this approach is proper.

NOTE 13:
_____ sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account, a money market account and a limited partnership interest in Hawk which is listed separately on this report. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14:
This company's 2012 K-1 was not received by the May 15, 2013 Disclosure Report filing deadline. Therefore, the company's income has been estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code reported in this report, we will file an amended report.

NOTE 15:
This investment is made through either a Vestar, a Sentinel or the Centerview Partnership. Since the _____ could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", Financial Disclosure Filing Instructions, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. See Note 10 for more information.

NOTE 16: Gains/Losses on Foundation activity are based on book value not tax value.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544